| | |
|---|---|
| 1 | BRUCE W. KELLEY |
| | Nevada Bar No. 7331 |
| 2 | DANIELLE M. HOLT |
| | Nevada Bar No.13152 |
| 3 | ATKIN WINNER & SHERROD |
| | 1117 South Rancho Drive |
| 4 | Las Vegas, Nevada 89102 |
| | Phone (702) 243-7000 |
| 5 | Facsimile (702) 243-7059 |
| | bkelley@awslawyers.com |
| 6 | |
| 7 | Attorneys for Defendant GEICO CASUALTY COMPANY. |

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| 10 | LESLY DOMINGUEZ, an Individual, | CASE NO.: 2:18-cv-01465-JCM-VCF |
| 11 | Plaintiff, | |
| 12 | vs. | |
| 13 | GEICO CASUALTY COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive and ROE ENTITIES I-X, inclusive, | |
| 14 | | |
| 15 | | |
| 16 | Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Robert J. Walsh, Esq. of the law offices of WALSH & FRIEDMAN, LTD, attorneys for the Plaintiff CURTIS WATSON and Bruce William Kelley, Esq. of the law offices of ATKIN WINNER & SHERROD, attorneys for Defendant GEICO CASUALTY COMPANY that the above-entitled matter be dismissed with prejudice.

A Joint Discovery Plan has not been, and a Trial has not been set.

Each party to bear their own costs and attorneys' fees.

//
//
//
//

| | | |
|---|---|---|
| 1 | DATED: 10\4, 2018 | ATKIN WINNER & SHERROD |
| 2 | | |
| 3 | | _/s/ Bruce W Kelley_ |
| 4 | | Bruce W Kelley<br>Nevada Bar No. 7331 |
| 5 | | 1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant |
| 6 | | |
| 7 | DATED: OCT 4, 2018 | WALSH & FRIEDMAN, LTD |
| 8 | | |
| 9 | | _/s/ Robert J. Walsh_ |
| 10 | | Robert J. Walsh, Esq<br>Nevada Bar No. 3836 |
| 11 | | 400 S. Maryland Parkway<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED October 11, 2018.

_/s/ James C. Mahan_
UNITED STATES DISTRICT COURT JUDGE